UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERTSON, | Civil No. 06cv2815 LAB(RBB) |
| Plaintiff, | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| ORACLE CORPORATION LONG TERM DISABILITY PLAN; ORACLE CORPORATION; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendants. | |

On April 11, 2007, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

    2.   The rule 26(f) conference shall be completed on or before May 5, 2007.

    3.   No discovery plan is required.

    4.   The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before May 19, 2007.

    5.   Counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person on September 19, 2007, at 10:00 a.m. in the chambers of United States Magistrate Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room 1185, San Diego, California, 92101-8926, for a further settlement conference.

    Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

    Failure of any counsel or party to comply with this order may result in sanctions.

    IT IS SO ORDERED.

DATED: April 11, 2007

Ruben B. Brooks  
United States Magistrate Judge

cc:  
Judge Burns  
All Parties of Record